AO 91 (Rev. 11/11) Criminal Complaint

FILED
APR 2 3 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Andres RIVERA<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. EP-21-M-991-RFC |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 22, 2021__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(5)(B) | Unlawful possession of ammunition by a non-immigrant alien |

This criminal complaint is based on these facts:
**See attached affidavit**

☒ Continued on the attached sheet.

*Complainant's signature*

Asher Schuler, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/23/2021

*Judge's signature*

City and state: El Paso, Texas

Robert F. Castaneda, US Magistrate Judge
*Printed name and title*

Oath Telephonically Sworn
At __1:01__ PM
Fed.R.Crim.P.4.1(b)(2)(A)

# AFFIDAVIT

## I, Asher E. Schuler, being duly sworn, depose and state that:

I am a Special Agent, being duly sworn, depose and state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, assigned to the El Paso, Texas Field Office and have been so employed since January 2015. Previous to this position I was a Police Supervisor for the Temple Police Department, Temple, Texas, in which I held various assignments during my thirteen years. I am a graduate of the Federal Law Enforcement Training Center, ATF National Academy, Central Texas Police Academy, and United States Army Criminal Investigations Division (CID) Special Agent Course; as a result of my experience as an ATF / US Army CID Special Agent and Texas Police Officer, I am familiar with Federal Firearms and Narcotics Laws. Based on facts contained in this affidavit, your Affiant believes that probable cause exists that Andres RIVERA, an illegal alien, illegally possessed ammunition, in violation of Federal Law.

This affidavit sets forth only those facts and circumstances necessary to establish probable cause for the issuance of the requested criminal complaint. This affidavit does not contain every material fact that I have learned during the course of this investigation. The information contained in this affidavit is based on my investigation and on information provided to me by other United States Federal and State law enforcement officials who conducted this investigation.

Further your Affiant states:

On March 2, 2021, your Affiant began an investigation after receiving a tip about large amounts of ammunition being purchased by an individual and then the ammunition was being illegally smuggled to Mexico. Your Affiant conducted surveillance and intelligence operations to gather relevant information to determine if violations of Federal Law were occurring by the individual and/or other individuals.

On April 21, 2021, your Affiant received information that a bulk shipment of 2000 rounds of Federal Lake City 50 caliber BMG Full Metal Jacket (FMJ) linked ammunition, was to be delivered to a residence within the Western District of Texas, the home of an individual. The ammunition was being shipped in 20 separate packages each package containing one box of 100 rounds of the above information. Previous intelligence gathering, surveillance, investigation, and seizures of ammunition being illegally exported to Mexico, and purchased by an individual.

On April 22, 2021, your Affiant along with members of the ATF El Paso Field Office conducted a surveillance operation at a residence. Your Affiant observed the United Postal Service deliver 20 separate boxes to the residence. Your affiant confirmed with the ammunition distributor and UPS, that the 20 boxes indeed contained ammunition. Your Affiant observed an individual place the ammunition inside the residence and then later load several boxes of ammunition into a vehicle, which weas parked in the front lawn.

On April 22, 2021, several hours after UPS delivered the 20 boxes of ammunition, your Affiant observed a gray vehicle, driven by Andres RIVERA arrive at the residence. Your Affiant observed an individual and A RIVERA load multiple boxes of ammunition into A RIVERA's vehicle that was parked on the front lawn of the residence next to the individuals vehicle.

Members of the ATF Field Office along with your Affiant moved into the front yard and detained by A RIVERA. A RIVERA advised that he was not a United States Citizen and held a Visa to enter the United States.

A check of US Customs and Border Protection (CBP) databases revealed that RIVERA was a B1/B2 Visa holder and prohibited by law from possessing ammunition.

A RIVERA was advised of his Miranda Rights, which he waived, and provided your Affiant with a recorded custodial interview. A RIVERA admitted to knowing the ammunition was headed to Mexico in violation of US laws, that he had previously (on two occasions) received ammunition and then gave the ammunition to people he knew where illegally smuggling the ammunition to Mexico. A RIVERA admitted to knowing that it was illegal to smuggle ammunition out of the United States, and that he was supposed to be paid $500 for every shipment of ammunition that he participated in smuggling, by an individual in Juarez, Mexico.

Your affiant received confirmation from ATF Special Agent Nate Anderson that the Federal Lake City 50 caliber BMG Full Metal Jacket (FMJ) linked ammunition, was not manufactured in Texas, and traveled in interstate commerce.

Based on the aforementioned facts and circumstances, your Affiant believes probable cause exists that Andres RIVERA unlawfully possessed ammunition in violation of 18 U.S.C. § 922(g)(5)(B).

FURTHER THE AFFIANT SAYETH NOT.

Asher E Schuler, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn to me this 23th day of April, 2021

Robert F. Castaneda
United States Magistrate Judge