**F I L E D**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

MAY 1 9 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. EP-21-CR- |
| | § | |
| Plaintiff, | § | **I N D I C T M E N T** |
| | § | |
| v. | § | **CT 1:** 18 U.S.C. §§ 544 & 18 U.S.C. §§ 2 |
| | § | Smuggling Goods from the United States, |
| ANDRES RIVERA, | § | and Aiding and Abetting |
| | § | |
| Defendant. | § | **CT 2:** 18 U.S.C. §§ 922(g)(5)(B) & |
| | § | 924(a)(2))- Illegal Alien in Possession of |
| | § | Ammunition |
| | § | |
| | § | *Notice of Government's Demand for* |
| | § | *Forfeiture* |

THE GRAND JURY CHARGES:

# EP21CR0835

## COUNT ONE
### (18 U.S.C. § 554 & § 2)

**At all times relevant to this Indictment:**

1. Effective March 2, 2020, the Commerce Control List ("CCL"), located at Title 15, Code of Federal Regulations, Section 774, details commodities, software, and technology subject to control by the United States Department of Commerce, Bureau of Industry and Security pursuant to the Export Control Reform Act, Title 50, United States Code, Chapter 58.

2. The CCL is part of the Export Administration Regulations ("EAR"), located at Title 15, Code of Federal Regulations, Section 730 *et seq.*

3. Firearms are designated as controlled items in Section 774, Appendix Supplement Number 1 of the CCL.

4. Ammunition is designated as controlled item in Section 774, Appendix Supplement Number 1 of the CCL.

5. According to Title 15, Code of Federal Regulations, Section 736.2, a person may not export an item subject to the EAR to another country if exporting that item to that country requires a license.

6. Exportation of firearms and ammunition to Mexico requires a license.

7. Defendant, Andres Rivera, did not have a license or any authority to export firearms or ammunition out of the United States to Mexico.

Beginning on or about January 13, 2021, and continuing through on or about April 22, 2021, in the Western District of Texas, Republic of Mexico, and elsewhere, Defendant,

## ANDRES RIVERA

knowingly and unlawfully attempted to export, concealed, bought, and facilitated the transportation and concealment of any merchandise, article and object, prior to exportation, knowing the same to be intended for exportation from the United States, contrary to any law or regulation of the United States, to-wit: approximately 1,000 rounds of Federal Lake City 50 caliber BMG Full Metal Jacket (FMJ) ammunition, which is a controlled item as defined in the CCL, and the Defendant had not received a license or authorization for such export, in violation of Title 50, United States Code, Section 4819 and Title 15, Code of Federal Regulations, Sections 774 and 736.2(b)(1), all in violation of Title 18, United States Code, Sections 554 and 2.

## COUNT TWO
### (18 U.S.C. §§ 922(g)(5)(B) & 924(a)(2))

That on or about April 22, 2021, in the Western District of Texas, Defendant,

## ANDRES RIVERA,

knowing he was an alien who had been admitted to the United States under a nonimmigrant visa, as that term is defined in section 101(a)(26) of the Immigration and Nationality Act, 8 U.S.C. § 1101(a)(26), knowingly possessed ammunition – to wit, approximately 1,000 rounds of Federal Lake City 50 caliber BMG Full Metal Jacket ammunition; said ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(5)(B) and 924(a)(2).

<u>**NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE**</u>
*[See* **Fed. R. Crim. P. 32.2]**

**I.**
<u>**Smuggling Goods from the United States Violation and Forfeiture Statutes**</u>
**[Title 18 U.S.C. § 554, subject to forfeiture pursuant to Title 18 U.S.C. §
981(a)(1)(C) and Title 19 U.S.C. § 1595a(d), made applicable to
criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the foregoing criminal violation set forth in Count One, the United States

gives notice to Defendant **ANDRES RIVERA** of its intent to seek the forfeiture of the properties

described below upon conviction and pursuant to FED. R. CRIM. P. 32.2, Title 18 U.S.C. §

981(a)(1)(C) and Title 19 U.S.C. § 1595a(d), as made applicable to criminal forfeiture by Title 28

U.S.C. § 2461(c), which state:

> **Title 18 U.S.C. § 981. Civil Forfeiture**
> (a)(1) The following property is subject to forfeiture to the United States:
> * * *
>
> (C) Any property, real or personal, which constitutes or is derived from proceeds
> traceable to a violation . . . of this title or any offense constituting "specified
> unlawful activity" (as defined in section 1956(c)(7) of this title), or a conspiracy to
> commit such offense.

Title 18 U.S.C. § 554 Smuggling Goods from the United States is an offense constituting

"specified unlawful activity" as defined in Title 18 U.S.C. § 1956(c)(7).

> **Title 19 U.S.C. § 1595a.  Forfeiture and other penalties**
> * * *
> **(d) Merchandise exported contrary to law**
> Merchandise exported or sent from the United States or attempted to be exported
> or sent from the United States contrary to law, or the proceeds or value thereof,
> and property used to facilitate the exporting or sending of such merchandise, the
> attempted exporting or sending of such merchandise, or the receipt, purchase,
> transportation, concealment, or sale of such merchandise prior to exportation
> shall be seized and forfeited to the United States.

## II.
### Firearm Violation and Forfeiture Statutes
**[Title 18 U.S.C. §§ 922(g)(5)(B) and 924(a)(2), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the foregoing criminal violations set forth in Count Two, the United States gives notice to the Defendant **ANDRES RIVERA** of its intent to seek the forfeiture of the properties described below upon conviction pursuant to FED. R. CRIM. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c). Section 924 states, in pertinent part, the following:

**Title 18 U.S.C. § 924.**
**(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of . . . section 922 . . . or knowing violation of section 924 . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter . . .

A TRUE ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002
FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney