**RECEIVED**
August 20, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Eileen Padilla_____
DEPUTY

**FILED**
AUG 23 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff, § § v. § § ANDRES RIVERA, § § Defendant. § | CRIMINAL NO. EP-21-CR-00835-FM |

## WAIVER

ANDRES RIVERA, Defendant herein, having been advised of the nature of the charges against him/her, and of his/her rights, hereby waives in open Court prosecution by Indictment and consents that the proceedings may be by Information and hereby acknowledges that he/she has been given a copy of said Information before being called upon to plead.

_Andres Rivera_                                        _8/23/21_
**ANDRES RIVERA**                                  Date
Defendant


_[signature]_
**RANDOLPH ORTEGA**
Attorney for Defendant
Esteban Contreras for Randolph Ortega