UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| Plaintiff, | § § § | NO. EP-21-CR-00835-LS(2) |
| v. | § § | |
| JUAN ANDRES RIVERA, | § § | |
| Defendant. | § | |

## MOTION TO REVOKE SUPERVISED RELEASE

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and moves the Court to revoke the supervised release of **JUAN ANDRES RIVERA**, in the above entitled and numbered cause. As grounds the United States alleges the Defendant violated his supervised release as follows:

1. Defendant terminated his stay at Dismas Charities without authorization.

2. Defendant unlawfully used controlled substances.

WHEREFORE, premises considered, the United States respectfully prays that Defendant's supervised release be revoked.

                                                  Respectfully submitted,

                                                  MARGARET F. LEACHMAN
                                                  ACTING UNITED STATES ATTORNEY

By: *Sean Wang*
        SHUHAO "SEAN" WANG
        Assistant U.S. Attorney
        New Mexico State Bar #149505
        700 E. San Antonio, Suite 200
        El Paso, Texas 79901
        (915) 534-6884